# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** December 28, 2018

**CASE OF:** SUZANNE HARVEY, ETC. V. GEICO GENERAL INSURANCE COMPANY

**DOCKET NO.:** SC17-85         **OPINION FILED:** September 20, 2018

**ATTENTION:  ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 2, first full paragraph, line 6, the word "insurers" was changed to "insureds."

**SIGNED:  OPINION CLERK**

**The corrected hard copy will follow.**